JOSEPH P. NEVILLE *vs.* JOHN FRARY.

First Judicial District, Hartford, January Term, 1914.
PRENTICE, C. J., THAYER, RORABACK, WHEELER and BEACH, JS.

This court will not grant a new trial nor intervene to correct a judgment
for nearly $1,000, merely because of the alleged erroneous allowance
of an item of $6. Under such circumstances the familiar maxim of
*De minimis non curat lex* is applicable.

Submitted on briefs January 7th—decided March 5th, 1914.

ACTION to recover the contract price for furnishing
and installing twenty-four furnaces in the defendant's
tenement houses, brought to and tried by the Superior
Court in Hartford County, *Case, J.;* facts found and
judgment rendered for the plaintiff for $978, and appeal
by the defendant. *No error.*

*Stewart N. Dunning,* for the appellant (defendant).

*Augustine Lonergan* and *David A. Wilson,* for the
appellee (plaintiff).

PER CURIAM. The only error complained of arises
out of the inclusion of an item of $6 in a judgment for
nearly $1,000. If it were so that this item was erroneously allowed, that fact would not warrant either the
setting aside of the judgment, or, if it so be that a new
trial could be avoided by a direction for the correction
in judgment, such intervention by this court. The item
is too insignificant to claim our attention, and we give it
no other attention than to note its insignificance. *De
minimis non curat lex* is a familiar maxim, frequently applied by us, expressive of a principle not to be ignored
by parties in the taking of appeals, or by us upon the

appeal, if ignored by them. *Old Saybrook* v. *Milford,* 76 Conn. 152, 157, 56 Atl. 496; *Chany* v. *Hotchkiss,* 79 Conn. 104, 108, 63 Atl. 947; *Mathews* v. *Livingston,* 86 Conn. 263, 272, 85 Atl. 529.

There is no error.